# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **MICHAEL DEMARAIS,** | Case No.: |
| Plaintiff. | 8:21-cv-00352-MSS-CPT |
| v. | |
| **TRUEGREEN, L.P.,** | |
| Defendant. | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: July 13, 2021    By: */s/ Amy L. B. Ginsburg*
                       Amy L. B. Ginsburg, Esquire
                       Kimmel & Silverman, P.C.
                       30 E. Butler Pike
                       Ambler, PA 19002
                       Phone: (215) 540-8888
                       Fax: (877) 788-2864
                       Email: aginsburg@creditlaw.com

# **CERTIFICATE OF SERVICE**

I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via electronic mail:

**Carol Pearson**
TruGreen – General Counsel
1790 Kirby Parkway
Forum II, Suite 300
Memphis TN 38138
Phone: (901) 251-4001
Email: carolpearson@trugreenmail.com
Attorney for Defendant


Dated: July 13, 2021						By: */s/ Amy L. B. Ginsburg*
								Amy L. B. Ginsburg, Esquire
								Kimmel & Silverman, P.C.
								30 E. Butler Pike
								Ambler, PA 19002
								Phone: (215) 540-8888
								Fax: (877) 788-2864
								Email: aginsburg@creditlaw.com