UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MICHAEL DEMARAIS,**

    Plaintiff,

v.                                       Case No: 8:21-cv-352-MSS-CPT

**TRUEGREEN, L.P.,**

    Defendant.

_____

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon review of Plaintiff's Notice of Settlement, (Dkt. 6), and pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby

**ORDERED** that pursuant to Rule 3.09(b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**. After the sixty (60)-day period, the dismissal shall be with prejudice. Any pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE and ORDERED** in Tampa, Florida this 13th day of July 2021.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party